UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. NO. 3:24-CR-232 |
| v. : | |
| : | |
| QUINN SAFFOLD, JR., : | (Judge Munley) |
| Defendant. : | |

### INDICTMENT

FILED
SCRANTON
SEP 03 2024
PER_____
DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. 846
(Conspiracy to Distribute Methamphetamine)

From on or about October 25, 2023, and continuing to on or about June 7, 2024, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### QUINN SAFFOLD, JR.,

did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

Sometime between on or about May 1, 2024, and June 7, 2024, the exact date being unknown to the Grand Jury, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**QUINN SAFFOLD, JR.,**

did knowingly possess a firearm, namely, .22 caliber GSG 1911 handgun, Serial Number A800948, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the distribution of a controlled substance, in violation of Title 21, U.S.C. Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. §922(g)(1)
(Felon in Possession of a Firearm)

On or about June 7, 2024, in Luzerne County, within the Middle

District of Pennsylvania, the defendant,

QUINN SAFFOLD, JR.,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a .22 caliber GSG 1911 handgun, Serial Number A800948, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

GERARD M. KARAM
United States Attorney

_____
FOREPERSON

_____
JAMES M. BUCHANAN
Assistant United States Attorney

9-3-24
Date

3